UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2810-MJ-WHITE

UNITED STATES OF AMERICA

vs.

LOUIS DANY, EXANTUS LEON, CHELEY PIERRE, ONEIL JEAN LOUIS, SOUFFRANT MACKENSON, PAULINE PIERRE, YULIER DUGA, and PAULINE VIVENDIER,

       Material Witnesses.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the material witnesses complaint against the above named material witnesses.

       Respectfully submitted,

       For: R. ALEXANDER ACOSTA
       UNITED STATES ATTORNEY

cc:    U.S. Attorney ( Russ Brown, SAUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _____

       HON. WILLIAM C. TURNOFF
       UNITED STATES MAGISTRATE JUDGE